

# Court of Appeals
# Sixth Appellate District of Texas

# J U D G M E N T

Lorenza Dondra Andrews, Appellant

No. 06-22-00033-CR     v.

The State of Texas, Appellee

Appeal from the 5th District Court of Cass County, Texas (Tr. Ct. No. 2020F00251). Memorandum Opinion delivered by Justice Stevens, Chief Justice Morriss and Justice van Cleef participating.

As stated in the Court's opinion of this date, we find that the appeal should be permanently abated. Therefore, we permanently abate this appeal.

We note that costs of the appeal are waived.

RENDERED OCTOBER 19, 2022
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk